JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FUHU, INC. and FUHU HOLDINGS, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> ZAGG, INC. and DOES 1 through 10, Inclusive <br><br> Defendants. | Case No.: CV 13-06317 PA (SHx) <br><br> **Assigned to the Hon. Percy Anderson** <br><br> [~~PROPOSED~~] **ORDER RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** <br><br> Date Action Filed: August 28, 2013 <br> Trial Date: None Set |

Having received the Stipulation For Dismissal Of Entire Action With Prejudice Pursuant To Rule 41(a) Of The Federal Rules Of Civil Procedure between plaintiffs Fuhu, Inc. and Fuhu Holdings, Inc. (collectively, "Fuhu"), and defendant ZAGG Inc. ("ZAGG"), and good cause appearing therefore,

IT IS HEREBY ORDERED that the above-caption action between Fuhu and ZAGG is dimissed with prejudice in its entirety, and that each of the parties shall bear its own costs, attorneys' fees and other expenses in connection with the action.

Dated: 3/25/14

_____
United States District Court Judge

-1-
ORDER RE DISMISSAL WITH PREJUDICE